IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FELIX,<br><br>         Plaintiff(s),<br><br>    vs.<br><br>DAVIS MORENO CONSTRUCTION, INC.,<br><br>         Defendant.<br>_____/ | CASE NO. CV F 07-0533 LJO TAG<br><br>**PRELIMINARY SCHEDULING AND DISCOVERY ORDER** |

This Court conducted a preliminary scheduling conference on September 18, 2007 in Department 4 (LJO). Plaintiff Mike Felix ("plaintiff"), on behalf of himself and other similarly situated construction workers, appeared by counsel Matthew J. Gauger, Weinberg, Roger & Rosenfeld. Defendant Davis Moreno Construction, Inc. ("defendant") appeared by counsel William C. Hahesy, Law Offices of William C. Hahesy.

This action arises from defendant's alleged unfair labor practices and failure to pay required compensation to plaintiff and other similarly situated construction workers. After discussion with counsel, this Court SETS the following dates for collective class matters only:

1. An April 1, 2008 expert designation on collective class certification;
2. An April 15, 2008 supplemental expert designation on collective class certification;
3. An April 15, 2008 non-expert discovery cutoff for collective class certification;
4. A May 7, 2008 expert discovery cutoff on collective class certification;

1

5. The following briefing schedule for collective class certification:

    a. May 15, 2008 – Deadline to file and serve moving papers on collective class certification;

    b. June 15, 2008 – Deadline to file and serve opposition papers on collective class certification;

    c. July 1, 2008 – Deadline to file and serve reply papers on collective class certification; and

6. Hearing on July 10, 2008 at 8:30 a.m. in Department 4 (LJO) on plaintiff's anticipated motion on collective class certification.

After resolution of collective class certification, this Court will set a further scheduling conference.

IT IS SO ORDERED.

**Dated:   September 18, 2007**         /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE