William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
6715 N. Palm Avenue, Suite 214
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231

Attorney for Defendant Davis Moreno Construction, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FELIX, on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVIS MORENO CONSTRUCTION, INC., as an individual,<br><br>Defendant(s). | Case No. 1:07-CV-00533-LJO-NEW *(TAG)*<br><br>**STIPULATION TO CONTINUE DATE TO EXCHANGE INITIAL DISCLOSURES AND ORDER THEREON** |

Plaintiff Mike Felix and Defendant Davis Moreno Construction, Inc., by and through their respective attorneys of record, hereby stipulate and agree, as follows:

1. The parties wish to extend the date to exchange initial disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, to and including October 2, 2007.

DATED: September 20, 2007          By: /s/ William C. Hahesy
                                        William C. Hahesy,
                                        Attorney for Defendant
                                        Davis Moreno Construction, Inc.

DATED: September 20, 2007          /s/ Matthew J. Gauger
                                   Weinberg, Roger & Rosenfeld
                                   By Matthew J. Gauger
                                   Attorneys for Plaintiff
                                   Mike Felix

C:\Windows\Temp\notes101AA1\~3798075.doc

1

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the date to exchange initial disclosures shall be extended to October 2, 2007.

DATED: September 20, 2007

_____
THERESA A. GOLDNER
UNITED STATES ████ MAGISTRATE JUDGE