MATTHEW J. GAUGER, Bar No. 139785
J. FELIX DE LA TORRE, Bar No. 204282
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814-2341
Telephone: (916) 443-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FELIX, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>DAVIS MORENO CONSTRUCTION, INC., as an individual,<br><br>   Defendant. | No. 1:07-CV-00533-LJO-NEW<br><br>AMENDED ORDER TO MODIFY THE PRELIMINARY SCHEDULING AND DISCOVERY ORDER |

   This Court conducted a Preliminary Scheduling Conference on September 18, 2007 in Department 4 (LJO). Plaintiff Mike Felix, on behalf of himself and other similarly situated construction workers appeared by counsel, Matthew J. Gauger, Weinberg, Roger & Rosenfeld. Defendant, Davis Moreno Construction, Inc. appeared by counsel, William C. Hahesy, Law Offices of William C. Hahesy.

   In the September 18th hearing, this Court set dates for the motion for conditional certification of the collective class claims. The parties have jointly requested that those dates be moved approximately two months forward.

   Good cause having been shown, the preliminary scheduling and discovery order of September 18, 2007 is hereby modified as follows. This Court sets the following dates relating to the hearing on the motion for conditional certification of the collective class claims only.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600

PDF created with pdfFactory trial version www.pdffactory.com

1. A June 2, 2008 expert designation on collective class certification;

2. A June 2, 2008 non-expert discovery cutoff for collective class certification;

3. A June 16, 2008 supplemental expert designation on collective class certification;

4. A June 23, 2008 expert discovery cutoff on collective class certification;

5. The following briefing schedule for collective class certification;

    a. July 15, 2008 – Deadline to file and serve moving papers on collective class certification;

    b. August 15, 20008 – Deadline to file and serve opposition papers on collective class certification;

    c. September 1, 2008 – Deadline to file and serve reply papers on collective class certification; and

6. Hearing on September 15, 2008 at 8:30 in Department 4 (LJO) on Plaintiff's anticipated motion on collective class certification.

After resolution of collective class certification, this Court will set a further scheduling conference.

IT IS SO ORDERED.

Dated: April 10, 2008     /s/ Gary S. Austin
                          The Honorable Gary S. Austin
                          United States Magistrate Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600

PDF created with pdfFactory trial version www.pdffactory.com