William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231

Attorney for Defendant Davis Moreno Construction, Inc.

Matthew J. Gauger, #139785
**WEINBERG, ROGER & ROSEFIELD**
428 J Street, Suite 520
Sacramento, CA 94814
Telephone: (916) 433-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FELIX, on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVIS MORENO CONSTRUCTION, INC., as an individual,<br><br>Defendant(s). | Case No. 1:07-CV-00533-LJO-GSA<br><br>**JOINT STIPULATION FOR EXTENSION OF DISCOVERY CUTOFF DATE RELATING TO COLLECTIVE CLASS CERTIFICATION AND ORDER THEREON** |

The parties jointly request the Court to modify the Amended Order to Modify the Preliminary Scheduling and Discovery Order filed herein on April 10, 2008 as follows.

Good cause exists for this modification for the following reasons:

1. The non-expert discovery cutoff is currently June 2, 2008.

2. Due to the Plaintiff's family emergency, the continued deposition of Plaintiff Mike Felix, currently scheduled for Friday, May 30, 2008, needs be continued until June 5, 2008.

G:\docs\GSAChambers\Word Documents\07cv533.Felix.Stipulation re discovery.mp.doc

1

_____
**JOINT STIPULATION FOR EXTENSION OF DISCOVERY CUTOFF DATE RELATING TO CLASS CERTIFICATION AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

3. Other depositions are set for Saturday, May 31, 2008 and in order to accommodate the parties' schedules, the parties request the depositions of Michael Beers and the Person Most Knowledgeable of Defendant Davis Moreno Construction, Inc. be continued to June 6, 2008, starting at 9:00 a.m.

4. As a result of these matters, the parties request that the non-expert discovery cutoff for collective class certification be continued from June 2, 2008, to June 6, 2008.

2. No other deadlines have been extended.

DATED: May 29, 2008   By: _____/s/ William C. Hahesy_____
 William C. Hahesy,
 Attorney for Defendant
 Davis Moreno Construction, Inc.

DATED: May 28, 2008   By: ___/s/ Matthew J. Gauger_____
 Weinberg, Roger & Rosenfeld
 By Matthew J. Gauger
 Attorneys for Plaintiff
 Mike Felix

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the non-expert discovery cutoff for collective class certification be continued to June 6, 2008.

DATED: June 2, 2008
　　　　　　　　　　　　　　　　　 /S/ Gary S. Austin
　　　　　　　　　　　　　　　　　HONORABLE GARY S. AUSTIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com