William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorney for Defendant Davis Moreno Construction, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FELIX, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS MORENO CONSTRUCTION, INC.<br><br>Defendant. | Case No. 1:07-CV-00533-LJO-GSA<br><br>**STIPULATION RE NON-EXPERT DISCOVERY DEADLINE AND RELATED DISCOVERY MOTIONS** |

## **STIPULATION**

1. The parties are currently near resolution of this case;

2. The non-expert discovery deadline is currently set for March 15, 2009.

3. Four depositions are currently scheduled for March 12, 2009. The plaintiff's counsel has advised that he is unavailable for those depositions and as a result the parties have agreed to reschedule those depositions at a date and time to be agreed on after the current discovery deadline.

///

///

///

4. The parties thus desire to extend the discovery deadline (and any related discovery motions) to and including April 15, 2009.

DATED: March 10, 2009 By: /s/
William C. Hahesy,
Attorney for Defendant
DAVIS MORENO CONSTRUCTION, INC.


WEINBERG, ROGER & ROSENFELD


DATED: March 16, 2009 By: /s/
Matthew J. Gauger,
Attorney for Plaintiff
MIKE FELIX


**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing. IT IS HEREBY ORDERED that the deadline for non-expert discovery shall be extended to April 15, 2009 nunc pro tunc. The pretrial motion filing deadline of June 30, 2009 will remain unchanged.

DATED: March 18, 2009 /s/ Gary S. Austin
HON. GARY S. AUSTIN
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

G:\docs\GSAChambers\Word Documents\07cv533.Stip & Orderdescovery.mp..doc        2

STIPULATION RE DEPOSITIONS AND ORDER THEREON