William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorney for Defendant Davis Moreno Construction, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FELIX, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS MORENO CONSTRUCTION, INC.<br><br>Defendant. | Case No. 1:07-CV-00533-LJO-GSA<br><br>**STIPULATION AND ORDER RE: NON-EXPERT DISCOVERY DEADLINE AND RELATED DISCOVERY MOTIONS** |

## **STIPULATION**

1. The parties are currently near resolution of this case;

2. The non-expert discovery deadline is currently set for April 15, 2009.

3. Four depositions were currently scheduled for March 12, 2009. The plaintiff's counsel was unavailable for those depositions and as a result the parties have agreed to reschedule those depositions at a date and time to be agreed on after the current discovery deadline.

///

///

///

4. The parties thus desire to extend the discovery deadline (and any related discovery motions) to and including May 15, 2009.

DATED: ___4/8___, 2009    By:    _____/s/_____
                                 William C. Hahesy,
                                 Attorney for Defendant
                                 DAVIS MORENO CONSTRUCTION, INC.


WEINBERG, ROGER & ROSENFELD


DATED: ___4/8___, 2009    By:    _____/s/_____
                                 Matthew J. Gauger,
                                 Attorney for Plaintiff
                                 MIKE FELIX


**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for non-expert discovery (any related discovery motions) shall be extended to May 15, 2009. The parties are advised the pre-trial motions deadline previously set of June 30, 2009 will not be extended.

DATED: April 8, 2009              /s/ Gary S. Austin
                                  HON. GARY S. AUSTIN
                                  UNITED STATES DISTRICT COURT
                                  MAGISTRATE JUDGE