William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorney for Defendant Davis Moreno Construction, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE FELIX, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS MORENO CONSTRUCTION, INC.<br><br>Defendant. | Case No. 1:07-CV-00533-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON** |

Plaintiff MIKE FELIX and Defendant DAVIS MORENO CONSTRUCTION, INC., hereby stipulate and agree as follows:

1. This action was initially instituted by Plaintiff MIKE FELIX, individually and on behalf of others similarly situated.

2. Subsequent to institution of the action, Plaintiff MIKE FELIX filed a Motion for Conditional Class Certification. This Motion was heard by the Honorable Lawrence J. O'Neill, who issued a ruling on September 3, 2008 denying the Motion for Conditional Class Certification. As part of that ruling, the Court also set a Scheduling Conference for October 9, 2008 concerning the Plaintiff's individual claims.

///

The parties and the Court subsequently conducted a Scheduling Conference, subsequent to which a Scheduling Conference Order was issued.

3. Since the Scheduling Conference, the parties have resolved the Plaintiff's individual claims, with each party to bear its own attorney's fees and costs. As a result, the parties respectfully request that the Court dismiss this action with prejudice.

DATED: ___5/4_____, 2009    By:    _____/s/_____
                                                                       William C. Hahesy,
                                                                        Attorney for Defendant
                                                                        DAVIS MORENO CONSTRUCTION, INC.

WEINBERG, ROGER & ROSENFELD

DATED: ___4/30____, 2009    By:    _____/s/_____
                                                                       Matthew J. Gauger,
                                                                       Attorney for Plaintiff
                                                                       MIKE FELIX

**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that this action is dismissed with prejudice with each party to bear its own attorney's fees and costs.

DATED: __May 5, 2009_____    ___/s/ Lawrence J. O'Neill_____
                                                                    HON. LAWRENCE J. O'NEILL
                                                                    UNITED STATES DISTRICT COURT JUDGE