Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART, DARRAS & ECHEVERRIA
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Thomas J. Johnston, No. 210506
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al. ) | Case No. 1:07-CV-0388 OWW DLB |
| ) | |
| Plaintiffs, ) | **DISMISSAL OF MINOR PLAINTIFFS** |
| ) | **QUANRYCE MALCOLM COOK,** |
| v. ) | **SHAQUELL BRIANNA-MARIA COOK,** |
| ) | **ELIZABETH CONTRERAS-PINA,** |
| MERCK & CO., INC., et al., ) | **GERARDO CONTRERAS-PINA, JR.,** |
| ) | **AND ARIANA AGUIRRE, WITHOUT** |
| Defendants. ) | **PREJUDICE FROM ALL CLAIMS IN** |
| ) | **THE SIXTH AMENDED COMPLAINT** |
| ) | **AS TO ALL DEFENDANTS AND ORDER** |
| ) | |

Plaintiffs hereby dismiss **QUANRYCE MALCOLM COOK; SHAQUELL BRIANNA-MARIA COOK; ELIZABETH CONTRERAS-PINA; GERARDO CONTRERAS-PINA, JR.; and ARIANA AGUIRRE**, minors, without prejudice from all claims in the Sixth Amended Complaint as to all defendants.

Dated: June 30, 2009         MARDEROSIAN, RUNYON, CERCONE
                             LEHMAN & ARMO


                             By: /s/ Michael G. Marderosian, Esq.
                                 MICHAEL G. MARDEROSIAN,
                                 Attorney for Plaintiffs above named

Dated: June 30, 2009         SHERNOFF, BIDART, DARRAS & ECHEVERRIA


                             By: /s/ Michael J. Bidart, Esq.
                                 MICHAEL J. BIDART,
                                 Attorneys for Plaintiffs above named

Dated: June 30, 2009         GIRARDI & KEESE


                             By: /s/ Thomas V. Girardi, Esq.
                                 THOMAS V. GIRARDI
                                 Attorneys for Plaintiffs above named

Dated: June 30, 2009         LAW OFFICE OF JACK SILVER


                             By: /s/ Jack Silver, Esq.
                                 JACK SILVER,
                                 Attorneys for Plaintiffs above named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2                        **DISMISSAL OF MINOR PLAINTIFFS**

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

# ORDER

Plaintiffs **QUANRYCE MALCOLM COOK; SHAQUELL BRIANNA-MARIA COOK; ELIZABETH CONTRERAS-PINA; GERARDO CONTRERAS-PINA, JR.; and ARIANA AGUIRRE**, minors, are hereby dismissed without prejudice from all claims in the Sixth Amended Complaint as to all defendants.

IT IS SO ORDERED.

**Dated:  June 30, 2009**          /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE